THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. MORRISON, Appellant. (Appeal No. 1.) [849 NYS2d 845]— Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered December 6, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed and the matter is remitted to Erie County Court for proceedings pursuant to CPL 460.50 (5). Present—Hurlbutt, J.P., Martoche, Smith, Lunn and Peradotto, JJ.